# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL WASHINGTON

NO. 2021 KW 0211

**MAY 10, 2021**

---

In Re:    Michael Washington, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 95-CR1-60302.

---

**BEFORE:    McDONALD, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
MRT
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT